# In the United States Court of Federal Claims

Caroline Pekrul )
)
)
)
)
                         **Plaintiff(s),** )    Case No. _____19-613 T_____
)
v.                                        )    Judge _____
)
**THE UNITED STATES,** )
)
                        **Defendant.** )
)

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page.

If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

Defendant damaged plaintiff in the amount of $4,338,699.89 for filing counterfeit securities and billing statements against plaintiff without jurisdiction. See Exhibit A United States Court judgment for dismissal for lack of Jurisdiction.
Defendant admitted not having jurisdiction in United States Court motion.
See Exhibit B Defendant Motion for dismissal.
Exhibit C counterfeit securities in the amount of $4,338,699.89

2. **PARTIES**

Plaintiff, Caroline Pekrul_____, resides at 23623 Scottsdale RD D3 285_____
(Street Address)

Scottsdale AZ 85255_____, 480 295 6688_____
(City, State, ZIP Code)                           (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

N/A

3. **PREVIOUS LAWSUITS.** Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  ☐ Yes  ☑ No

If yes, please list cases: N/A

4. **STATEMENT OF THE CLAIM.** State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

The Defendant is involved knowingly and maliciously against Plaintiff and should be required to pay the plaintiff for wrongful actions against Plaintiff and ill gotten gains. The Defendant has placed counterfeit securities and billing notices against plaintiff and collected money from plaintiff without jurisdiction. See exhibits A,B,and C . It is the United States Claims Court's legal duty to keep the Defendant honest and must not allow Plaintiff to be further injured. The United States Claims Court must hold the Defendant to the law. The Plaintiff is entitled to this judgment because of the injuries rendered against Plaintiff, therefore this court should have judgment rendered in Plaintiff's favor.

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

This court should render relief to Plaintiff by signing a judgment against the Defendant in the amount of $4,338,699.89

Signed this __24__ day of __April__, __2019__.
            (day)         (month)       (year)

_____
Signature of Plaintiff(s)



Caroline Pekrul
23683 N Scottsdale Rd
D3-285
Scottsdale Az 85255

7013 1090 0000 7218 9811

RETURN RECEIPT
REQUESTED

first class

United States Federal Court of Claims
717 Madison Place NW
Washington DC 20439

RECEIVED
APR 17 2019
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS