**Case Number. 19-613 T**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**(Judge Thomas C. Wheeler)**

**Caroline Pekrul**

***Plaintiff,***

***v.***

**THE UNITED STATES**

***Defendant,***

**OBJECTION OF CAROLINE PEKRUL TO REPLY IN FURTHER SUPPORT OF UNITED STATES MOTION TO DISMISS**

Plaintiff objects to Defendant's further support of motion to dismiss on the grounds that This court has jurisdiction in accordance with 28 U.S.C. Section 1491 (1).

*"The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, or any* ***Act of Congress****... ".*

RECEIVED - USCFC
AUG 28 2019

Defendant again has made misdirecting statements about this court not having jurisdiction because Plaintiff has not "Fully paid her taxes" and thus this court does not have jurisdiction over a refund. Again, Defendant does not seem to understand, the taking of money without jurisdiction is not an overpayment of a tax, it is an over reach of authority. Defendant taking money from Plaintiff would be similar to a Bank taking mortgage payments from a homeowner without a mortgage on said home or a mortgage contract with the homeowners. In this kind of scenario, Plaintiff believes no court would ever agree to this as an overpayment on a contract but an over reach of authority and acceptance of liability of any Bank that would engage in such egregious conduct. The same conduct is what Defendant has been engaged in, the taking of money and assets without jurisdiction, as such, Defendant is liable to Plaintiff for the full amount of this claim.

Defendant goes on to state that this claim is a due process claim and therefore is not obligated by payment of money damages. This may be true for a claim not involving money; however, in this case, it was money that was taken without jurisdiction and therefore it MONEY (Federal Reserve Notes, Banking Credit and the like) that SHALL be returned! As such, Plaintiff not

only objects to the dismissal of this case, Plaintiff asks this court for a Judgment in Plaintiffs favor in the amount of $ 4,338,699.89 so that Plaintiff can be made whole for the taking of Plaintiffs assets without jurisdiction.

**Caroline Pekrul**

**Plaintiff**

Pekrul
PO BOX 785
Wittmann AZ
85361

RETURN RECEIPT
REQUESTED

CERTIFIED MAIL
7018 1130 0000 1041 4526

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 007.450
0001991713 AUG 20 2019
MAILED FROM ZIP CODE 85361

US FEDERAL Court of Claims
717 MADISON PLACE N.W.
Washington DC. 20439

RECEIVED
AUG 28 2019
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS